1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

**FILED**
**FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ Deputy Clerk

4  **United States Bankruptcy Court**
   **Central District of California**

5

6                                            ) Chapter 13
                                              )
7  DENISE LYNN TRUJILLO                       ) Case No.: 8:07-bk-11630-RK
                                              )
8                                             ) **NOTICE OF UNCLAIMED DIVIDEND**
                                              ) (Bankruptcy Rule 3010)
9                                             )
                                              )
10                                            )
                                              )
11 _____

12        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13        Please find annexed hereto Check No. **300655** in the sum of **$ .01**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3010.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     DENISE LYNN TRUJILLO
       23705 PORPOISE COVE
18     LAGUNA NIGUEL, CA 92677

19

20 Date: February 14, 2010                _____
                                          Amrane Cohen, Chapter 13 Standing Trustee
21

22

23

24

25

26

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0711630 | DENISE LYNN TRUJILLO ACCT: | XXX-XX-1616 Claim: 00000 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | 0.01 | 0.00 | 0.01 |

DENISE LYNN TRUJILLO

BALANCE:          [0.00  13/00000]
SSN: XXX-XX-1616    SSN:
ACCT:                           CASE: 0711630
PRINCIPAL:      0.01   INTEREST:       0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DIGITAL TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300655

Dec 24, 2009

VOID 90 DAYS FROM DATE

*********$0.01

**PAY**   Zero And 01/ 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300655⑈ ⑆061100790⑆000000575186 2⑈